**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-6522**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

SOLOMAN HAM, a/k/a Soloman Hamm, a/k/a Charles
Brewer,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Rebecca B. Smith, District Judge.
(CR-90-53)

---

Submitted:  July 25, 2002          Decided:  August 1, 2002

---

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Soloman Ham, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Soloman Ham appeals the district court's order denying his motion construed as a successive 28 U.S.C.A. § 2255 (West Supp. 2002) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Ham, No. CR-90-53 (E.D. Va. Nov. 13, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED